In Re: Trejo et al v. Household Finance Corporation III
Case No. 10-32200-hdh13 -13
Adv. No. 11-03625-hdh

## SUMMONS SERVICE EXECUTED

I, Laura Collins

of** 11300 N. Central Expy, Ste 301, Dallas TX 75243

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 14th day of December, I served a copy of the within summons, together with the complaint filed in this proceeding, on

Household Finance Corporation III

the defendant in this proceeding, by {describe here the mode of service}

first class mail

the said defendant at CT Corp System
350 N. St. Paul, Ste 2900
Dallas, Texas 75201-4234

I certify under penalty of perjury that the foregoing is true and correct.

Executed on   12-14-11         Laura Collins
             (Date)              (Signature)

**
State mailing address

Lauren Collins
1900 N. Central Expy, Ste 301, Dallas TX 75243

14th  December

Household Finance Corporation III

first class mail

CT Corp System
350 N. St. Paul, Ste 2460
Dallas, Texas 75201-4234

In Re: Trejo et al v. Household Finance Corporation III
Case No. 10-32200-hdh13 -13
Adv. No. 11-03625-hdh

## SUMMONS SERVICE EXECUTED

I, __JANET PLOTKIN, PARALEGAL__

of** __11300 N. Central Expy Dallas TX 75243__

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the __14th__ day of __December__, __2011__ I served a copy of the within summons, together with the complaint filed in this proceeding, on

__Household Finance Corporation III__
__c/o HSBC Mortgage Services, Inc.__

the defendant in this proceeding, by {describe here the mode of service}

__USPS__

the said defendant at

__PO Box 9068__
__Brandon FL 33509__

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __13th Dec 2011__       ___[signature]___
            (Date)                      (Signature)

**
State mailing address

In Re: Trejo et al v. Household Finance Corporation III
Case No. 10-32200-hdh13 -13
Adv. No. 11-03625-hdh

## SUMMONS SERVICE EXECUTED

I, **Janet Plotkin, Paralegal**

of** **11300 N Central Expy Dallas TX 75243**

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the **14th** day of **December**, **2011** I served a copy of the within summons, together with the complaint filed in this proceeding, on

**Angela K Randerman**
**c/o Codilis & Stawiarski, PC**

the defendant in this proceeding, by {describe here the mode of service}

**USPS**

the said defendant at

**650 N. Sam Houston Pkwy Suite 450**
**Houston TX 77060**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on **13th Dec 2011**    _____
          (Date)                    (Signature)

**
State mailing address