UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Genaro Trejo and Loreto Trejo | § | CASE NO. 10-32200-hdh13 |
| Debtors | § | |
| --------------------------------------- | § | -------------------------------------- |
| Genaro Trejo, et al., | § | CHAPTER 13 |
| | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | |
| | § | ADVERSARY NO. 11-03625-hdh |
| Household Finance Corporation III | § | |
| | § | |
| Defendant | § | |

## AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, on this day personally appeared Laura Collins, who swore on oath that the following facts are true:

"My name is Laura Collins. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"On December 14, 2011, I executed service on the Defendant in the above referenced cause by mailing to the Defendant via first class mail, a true copy of the summons with a copy of the complaint attached thereto, and also included a copy of this Court's Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order.

"The summons and attachments were mailed to:

Household Finance Corporation III
CT Corp System
350 N. St. Paul, Ste 2900
Dallas TX 75201-4234

1

"Attached to this affidavit is a true and correct copy of the Summons Service Executed by me."

"The Summons Service Executed reflects the same address that was affixed to the envelope used to mail the summons and attachments to Defendant. I am certain this is the same address as it is written by my hand and signed by me."

FURTHER AFFIANT SAYETH NOT.

_____
Laura Collins

SIGNED under oath before me on __1/27__, 2012.

_____
Notary Public, State of Texas

CAITLYN SMITH
Printed Name

6/19/14
Commission Expires

CAITLYN NICOLE SMITH
Notary Public, State of Texas
My Commission Expires
June 19, 2014

2

attached to this affidavit is a true and correct copy of the Summons that was issued by me.

The Summons was executed by/sent via the same address that was affixed to the envelope used to mail the Summons and attachments to Defendant that I swore in the oath above as it is written by my hand and signed by me.

FURTHER AFFIANT SAYETH NOT.

_____
Laura Collins

SIGNED under oath before me on 1/27 2012

_____
Notary Public, State of Texas

CAITLYN SMITH
Printed Name

6/14/14
Commission Expires

[Notary Seal: CAITLYN NICOLE SMITH, Notary Public, State of Texas, My Commission Expires June 19, 2014]

In Re: Trejo et al v. Household Finance Corporation III
Case No. 10-32200-hdh13 -13
Adv. No. 11-03625-hdh

## SUMMONS SERVICE EXECUTED

I, Laura Collins

of** 11300 N. Central Expy, Ste 301, Dallas TX 75243

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the 14th day of December _____ I served a copy of the within summons, together with the complaint filed in this proceeding, on

Household Finance Corporation III

the defendant in this proceeding, by *(describe here the mode of service)*

first class mail

the said defendant at   CT Corp System
350 N. St. Paul, Ste 2900
Dallas, Texas 75201-4234

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  12-14-11          *Laura Collins*
            (Date)                  (Signature)

**_____
State mailing address