# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Genaro Trejo and Loreto Trejo | § | CASE NO. 10-32200-hdh13 |
| Debtors | § | |
| --- | § | --- |
| Genaro Trejo, et al., | § | CHAPTER 13 |
| Plaintiffs | § § | |
| VS. | § § | |
| Household Finance Corporation III | § § | ADVERSARY NO. 11-03625-hdh |
| Defendant | § § | |

## AFFIDAVIT OF SERVICE

BEFORE ME, the undersigned authority, on this day personally appeared Janet Plotkin, who swore on oath that the following facts are true:

"My name is Janet Plotkin. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"On December 14, 2011, I executed service on the Defendant in the above referenced cause by mailing to the Defendant via first class mail, a true copy of the summons with a copy of the complaint attached thereto, and also included a copy of this Court's Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order.

"The summons and attachments were mailed to:

>Household Finance Corporation III
>c/o HSBC Mortgage Services, Inc.
>PO Box 9068
>Brandon, FL 33509

1

Angela K. Randerman
c/o Codilis & Stawiarski, PC
650 N Sam Houston Pkwy, Suite 450
Houston TX 77060

"Attached to this affidavit are true and correct copies of the Summons Service Executed by me."

"The Summons Service Executed reflects the same address that was affixed to the envelope used to mail the summons and attachments to Defendant. I am certain this is the same address as it is written by my hand and signed by me."

FURTHER AFFIANT SAYETH NOT.

_____
Janet Plotkin

SIGNED under oath before me on  1/27  , 2012.

_____
Notary Public, State of Texas

CAITLYN SMITH
Printed Name

6/19/14
Commission Expires

In Re: Trejo et al v. Household Finance Corporation III
Case No. 10-32200-hdh13 -13
Adv. No. 11-03625-hdh

## SUMMONS SERVICE EXECUTED

I, __JANET PLOTKIN, PARALEGAL__

of** __11300 N. Central Expy Dallas TX 75243__

certify:

    If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

    That on the __14th__ day of __December__, __2011__ I served a copy of the within summons, together with the complaint filed in this proceeding, on

__Household Finance Corporation III__
__% HSBC Mortgage Services, Inc.__

the defendant in this proceeding, by {describe here the mode of service}

__USPS__

the said defendant at

__PO Box 9068__
__Brandon FL 33509__

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __13th Dec 2011__    __[Signature]__
           (Date)             (Signature)

**
State mailing address

In Re: Trejo et al v. Household Finance Corporation III
Case No. 10-32200-hdh13 -13
Adv. No. 11-03625-hdh

## SUMMONS SERVICE EXECUTED

I, __Janet Plotkin, Paralegal__

of** __11300 N Central Expy Dallas TX 75243__

certify:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made;

That on the __14th__ day of __December__, __2011__ I served a copy of the within summons, together with the complaint filed in this proceeding, on

__Angela K Randerman__
__c/o Codilis & Stawiarski, PC__

the defendant in this proceeding, by {describe here the mode of service}

__USPS__

the said defendant at

__650 N. Sam Houston Pkwy Suite 450__
__Houston TX 77060__

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __13th Dec 2011__   _____(Signature)_____
(Date)

**
State mailing address