UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Genaro Trejo and Loreto Trejo | § | CASE NO. 10-32200-hdh13 |
| Debtors | § | |
| ------------------------------------- | § | ------------------------------------- |
| Genaro Trejo et al. | § | CHAPTER 13 |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | |
| | § | ADVERSARY NO. 11-03625 |
| Household Finance Corporation III | § | |
| | § | |
| Defendant | § | |

### AFFIDAVIT IN SUPPORT OF REQUEST FOR DEFAULT

BEFORE ME, the undersigned authority, on this day personally appeared Gary A. Armstrong, who swore on oath that the following facts are true:

"My name is Gary A. Armstrong. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

"I am making this Affidavit in support of Plaintiff's Request for Clerk's Entry of Default in the above captioned Adversary Proceeding. Plaintiffs are Genaro Trejo and Loreto Trejo. Defendant is Household Finance Corporation III.

"Plaintiff's Original Complaint was filed in this case on December 8, 2011.

"The clerk of the Court issued a Summons to the Defendant on December 9, 2011.

"The Summons and Complaint were served on Defendant on December 14, 2011

"Proof of Service was filed on December 15, 2011.

1

"Affidavits of Service were filed on January 27, 2012.

"Pursuant to the Federal Rule of Bankruptcy Procedure 7012(a), an answer to the Complaint was due within 30 days after the date the summons was issued. No other answer date was set by the Court.

"No answer or motion has been received within the time limit fixed by the court or by Federal Rule of Bankruptcy Procedure 7012(a).

"The party against whom default is requested is a corporate entity, and is therefore neither an infant, an incompetent, nor in the military service."

FURTHER AFFIANT SAYETH NOT.

_____
Gary A. Armstrong

SIGNED under oath before me on  1/27/        , 2012.

_____
Notary Public, State of Texas

CAITLYN SMITH
Printed Name

6/19/14
Commission expires

CAITLYN NICOLE SMITH
Notary Public, State of Texas
My Commission Expires
June 19, 2014

2

*Affidavits of service were filed on January 27, 2012.

Pursuant to the Federal Rules of Bankruptcy Procedure 7012(b), an answer to the complaint is due within 30 days after the date the summons was issued. No other answer date applies in this case.

"No answer or motion has been received within the time limit fixed by the court or by Federal Rule of Bankruptcy Procedure 7012(a).

The party against whom judgment is requested is a corporate entity and is therefore neither an infant, an incompetent, nor in the military service."

IS FURTHER AFFIANT SAYETH NOT.

_____
Cathy Armstrong

SWORN to under oath before me on 1/27, 2012.

_____
Notary Public, State of Texas

CAITLYN SMITH
Printed Name

6/19/14
Commission Expires

CAITLYN NICOLE SMITH
Notary Public, State of Texas
My Commission Expires
June 19, 2014