Armstrong Kellett Bartholow PC
Gary A. Armstrong
TX Bar No. 01316500
11300 Central Expressway, Suite 301
Dallas, TX 75243
P: 214-696-9000
F: 214-696-9001
ATTORNEY FOR DEBTORS/PLAINTIFFS

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Genaro Trejo and Loreto Trejo | § § | Case No. 10-32200-13 |
| Debtors | § § § | Chapter 13 |

_____

| | | |
|---|---|---|
| Genaro Trejo and Loreto Trejo, Plaintiffs | § § § | |
| v. | § § | Adversary No. 11-03625 |
| Household Finance Corporation III Defendant | § § | |

### REQUEST FOR CLERK'S ENTRY OF DEFAULT

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION:

Come now Genaro Trejo and Loreto Trejo ("Plaintiffs"), and file this Request for Clerk's

Entry of Default in the above captioned Adversary Proceeding and in support thereof shows:

1.  Plaintiffs' Original Complaint was filed in this case on December 8, 2011.

2.  The clerk of the Court issued a Summons to the Defendant on December 9, 2011.

3.  The Summons and Complaint were served on Defendant on December 15, 2011.

4.  Two Affidavits of Service were filed on January 27, 2012.

     5.     Pursuant to the Federal Rule of Bankruptcy Procedure 7012(a), an answer to the Complaint was due within 30 days after the date the summons was issued. No other answer date was set by the Court.

     6.     No answer or motion has been received within the time limit fixed by the court or by Federal Rule of Bankruptcy Procedure 7012(a).

     7.     The party against whom default is requested is a corporate entity, and is therefore neither an infant, an incompetent, nor in the military service.

     8.     The Affidavit of Gary A. Armstrong, counsel for Plaintiff, attesting to the aforementioned facts is also filed of record with Court (Doc. No. 7) and hereby incorporated by reference.

Wherefore, Plaintiff requests that the Clerk enter default against Defendant in this proceeding.

     Respectfully submitted,

/s/ Gary A. Armstrong
Armstrong Kellett Bartholow PC
TX Bar No. 01316500
11300 Central Expressway, Suite 301
Dallas, TX 75243
P:  214-696-9000
F:  214-696-9001
ATTORNEY FOR PLAINTIFFS