BTXN 154 (rev. 11/03)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
Genaro Trejo and Loreto Trejo §
§ Case No.:   10−32200−hdh13
Debtor(s) § Chapter No.:  13
§
Genaro Trejo  et al. §
Plaintiff(s) § Adversary No.:   11−03625−hdh
§
vs. §
Household Finance Corporation III §
Defendant(s) §

# CLERK'S ENTRY OF DEFAULT

The Clerk for the United States Bankruptcy Court for the Northern District of Texas, having reviewed the adversary docket in the above−styled and numbered matter, and having received the Affidavit of counsel for the Plaintiff in this cause, and having found that no answer, motion, pleading, response, or appearance has been entered by or on behalf of Defendant Household Finance Corporation III, hereby notes and dockets a Clerk's Entry of Default in the above−captioned adversary proceeding.

DATED:  1/30/12          FOR THE COURT:
                         Tawana C. Marshall, Clerk of Court

                         by: /s/Michael Edmond, Deputy Clerk

