Armstrong Kellett Bartholow P.C.
Gary A. Armstrong
TX Bar No. 01316500
11300 Central Expressway, Suite 301
Dallas, TX 75243
P:  214-696-9000
F:  214-696-9001
ATTORNEY FOR PLAINTIFFS

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Genaro Trejo and Loreto Trejo | § | Case No. 10-32200-13 |
| | § | |
| Debtors | § | Chapter 13 |
| | § | |

_____

| | | |
|---|---|---|
| | § | |
| Genaro Trejo and Loreto Trejo, | § | |
| Plaintiffs | § | |
| v. | § | Adversary No. 11-03625 |
| | § | |
| Household Finance Corporation III | § | |
| Defendant | § | |

NOTICE OF HEARING ON
PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Please take notice that a hearing on Plaintiffs' Motion for Default Judgment against Defendant Household Finance Corporation III will take place on **February 27, 2012 at 10:30 a.m**. in the courtroom of the Hon. Harlin D. Hale, 1100 Commerce Street, 14th Floor, Dallas, Texas.

    Respectfully submitted,

    /s/ Gary A. Armstrong
    Armstrong Kellett Bartholow P.C.
    TX Bar No. 01316500
    11300 Central Expressway, Suite 301
    Dallas, TX 75243
    P:  214-696-9000
    F:  214-696-9001
    ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I certify that the forgoing notice of hearing was served by first class U.S. mail on January 31, 2012 to the persons, and at the addresses, shown below.

/s/ Gary A. Armstrong

Household Finance Corporation III
CT Corp System
350 N. St. Paul, Ste 2900
Dallas TX 75201-4234

Household Finance Corporation III
c/o HSBC Mortgage Services, Inc.
PO Box 21188
Eagan, MN 55121