BTXN 154 (rev. 11/03)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Genaro Trejo and Loreto Trejo<br><br>Genaro Trejo  et al.<br><br>         vs.<br>Household Finance Corporation III | §<br>§<br>§  Debtor(s)  §<br>§<br>§  Plaintiff(s) §<br>§<br>§<br>§  Defendant(s) § | Case No.:     10−32200−hdh13<br>Chapter No.:  13<br><br>Adversary No.:   11−03625−hdh |

# CLERK'S ENTRY OF DEFAULT

    The Clerk for the United States Bankruptcy Court for the Northern District of Texas, having reviewed the adversary docket in the above−styled and numbered matter, and having received the Affidavit of counsel for the Plaintiff in this cause, and having found that no answer, motion, pleading, response, or appearance has been entered by or on behalf of Defendant Household Finance Corporation III, hereby notes and dockets a Clerk's Entry of Default in the above−captioned adversary proceeding.

DATED:  1/30/12            FOR THE COURT:
                                    Tawana C. Marshall, Clerk of Court

                                    by: /s/Michael Edmond, Deputy Clerk



United States Bankruptcy Court
Northern District of Texas

Trejo,
    Plaintiff

Adv. Proc. No. 11-03625-hdh

Household Finance Corporation III,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0539-3      User: medmond      Page 1 of 2      Date Rcvd: Jan 30, 2012
    Form ID: BTXN154      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2012.
```
pla           +Genaro Trejo,    812 Stonetrail Drive,    Plano, TX 75023-7108
pla           +Loreto Trejo,    812 Stonetrail Drive,    Plano, TX 75023-7108
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
dft      Household Finance Corporation III
     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2012**      **Signature:** _Joseph Speetjens_

```
District/off: 0539-3          User: medmond              Page 2 of 2                 Date Rcvd: Jan 30, 2012
                              Form ID: BTXN154           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2012 at the address(es) listed below:
        Gary A. Armstrong    on behalf of Plaintiff Genaro Trejo garmstrong@armstrongattorneys.com, akbecf@gmail.com;bbecf@bbbankruptcy.com
        TOTAL: 1