Armstrong Kellett Bartholow PC
Gary A. Armstrong
TX Bar No. 01316500
11300 Central Expressway, Suite 301
Dallas, TX 75243
P:  214-696-9000
F:  214-696-9001
ATTORNEY FOR DEBTORS/PLAINTIFFS

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Genaro Trejo and Loreto Trejo | § § | Case No. 10-32200-13 |
| Debtors | § § § | Chapter 13 |

_____

| | | |
|---|---|---|
| | § | |
| Genaro Trejo and Loreto Trejo, | § | |
| Plaintiffs | § | |
| v. | § | Adversary No. 11-03625 |
| | § | |
| Household Finance Corporation III | § | |
| Defendant | § | |

# EXHIBIT LIST

Come now Genaro Trejo and Loreto Trejo ("Plaintiffs"), and file this Exhibit List in connection with a hearing on their Motion for Default Judgment set for February 27, 2012 at 9:30 a.m.

**EXHIBITS**

A. Registered Agent of Defendant and Application for Certificate of Authority

B. Affidavit of Service by Laura Collins

C. Affidavit of Service by Janet Plotkin

D. Affidavit in support of default by Gary Armstrong

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**                                                                                             Page 1

E. Email from Angela Randermann

F. Clerk's Entry of Default

G. Chapter 13 Plan of Genaro and Loreto Trejo

H. Order Confirming Chapter 13 Plan

I. Proof of Claim of Household Finance Corporation III

J. Proof of Claim of Bank of America

K. Trustee's Recommendation Concerning Claims

L. Order on Trustee's Recommendation Concerning Claims

M. Debtors' Objection to Claim

N. Agreed Order on Debtors' Objection to Claim

    Respectfully submitted,

/s/ Gary A. Armstrong
Armstrong Kellett Bartholow PC
TX Bar No. 01316500
11300 Central Expressway, Suite 301
Dallas, TX 75243
P: 214-696-9000
F: 214-696-9001
ATTORNEY FOR PLAINTIFFS