BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Trejo et al v. Household Finance Corporation III | MOTION FOR DEFAULT JUDGMENT (10) | Case # 11–03625–hdh |

**DEBTOR**

**TYPE OF HEARING**

| | | |
|---|---|---|
| GENARO TREJO AND LORETO TREJO | VS | HOUSEHOLD FINANCE CORPORATION III |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| | |
|---|---|
| GARY ARMSTRONG | NO APPEARANCE |
| **ATTORNEY** | **ATTORNEY** |

**EXHIBITS**

PLAINTIFF'S: A – N

(SEE EXHIBIT LIST, DOCUMENT NO. 13)

| | | |
|---|---|---|
| J. Bergreen | 2/27/2012 | Harlin DeWayne Hale |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |